JAN 02 2015

# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Anthony Shannon 1000795420
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-    4 15-CV-0001

Rick Jacobs  Scott Crickmar
Alisa Hammock  Roger Frizzell

(Enter above the full name of the defendant(s).)

I.  **Previous Lawsuits**
    A.  Have you filed other lawsuits in federal court while incarcerated in any institution?

        Yes ( )    No (✓)

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s): _____
            _____

            Defendant(s): _____
            _____

        2.  Court (name the district):
            _____
            _____

        3.  Docket Number: _____

Rev. 12/5/07

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: _____

    5. Did the previous case involve the same facts?

        Yes ( )   No (✓)

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

    7. Approximate date of filing lawsuit: _____

    8. Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A. Place of Present Confinement: *Isolation Segragation*

    B. Is there a prisoner grievance procedure in this institution?

        Yes (✓)   No ( )

    C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes (✓)   No ( )

    D. If your answer is YES:

        1. What steps did you take and what were the results?
*I filed a grievance and wrote internal affairs*

        2. If your answer is NO, explain why not: _____

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Anthony Shannon

Address(es): Hays State Prison P.O. Box 668 Trion, Ga 30753

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Rick Jacobs, Scott Crickmar, Alisa Hammock, Roger Frizzell

Employed as Regional Director, Warden, Deputy Warden, CO II

at Hays State Prison P.O. Box 668 Trion Ga 30753

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See Attachment

Rev. 12/5/07

**IV. Statement of Claim (Cont'd)**



See Attachment

**V. Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.



See Attachment

Rev. 12/5/07

## V. Relief (Cont'd)

*See Attachment*

Signed this 29th day of December, 2014.

*Anthony Shannon*
Signature of Plaintiff

STATE OF Georgia
COUNTY (CITY) OF Chattooga

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 12-29-14
(Date)

*Anthony Shannon*
Signature of Plaintiff

Rev. 12/5/07

United States District Court
Northern District of Georgia
Rome Division

Anthony Shannon
    Plaintiff

Complaint
Civil Action No

v

Rick Jacobs; Regional Director; Hays State Prison
Scott Crickmar; Warden; H.S.P
Alisa Hammack; Deputy Warden; H.S.P
Roger Frizzell; CoII, H.S.P
Individually and in their official capacities;
    Defendants

## Jurisdiction And Venue

1. This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation under color of state law of rights secured by the constitution of the united states This court has Jurisdiction under 28 U.S.C section 1331 and 1343 (A)(3) plaintiff Seeks declaratory relief pursuant to 28 U.S.C section 2201 and 2202, plaintiff Claim for injunctive relief are authorized by 28 U.S.C section 2283 and 2284 and rule 65 of the federal rules of civil procedure

2. The Northern District of Georgia is an appropriate venue under 28 U.S.C Section 1391(b)(2) because it is where the events giving rise to this claim occurred

3. Plaintiff Anthony Shannon is and was at all times mentioned herein a prisoner of the State of Georgia in the custody of the Georgia Department of Corrections. He is currently confined in Hays State Prison in Trion, Georgia

## Defendants

4. Defendant Scott Crickmar is the Warden of Hays State Prison. He is legally resposible for the operation of Hays State Prison and for the welfare of all inmates of that Prison

5. Rick Jacobs is the Regional Director for the Tier II program. He is legally resposible for the appeal process for Tier II and the internal operation of the Tier II program

6. Alisa Hammock is the Deputy Warden of care and treatment at Hays State Prison. She is legally responsible for the welfare of each inmate housed at that Prison

7. Roger Frizzell is a Correctional officer at Hays State Prison. He is legally responsible for the acts and omissions stated in this complaint

8. Each defendant is sued individually and in his/her official capacity. At all times mentioned in this complaint each defendant acted under the color of state law

## Facts

9. At all times relevant to this case plaintiff was being housed in segregation and Tier II Program at Hays State Prison

10. On or around August 8, 2013 plaintiff was placed in segregation without cause

11. Plaintiff was placed in segregation on a vague theory of gang affiliation with a street gang

12. Plaintiff was denied his right to a formal hearing before being placed in the Tier II ~~program~~ Segregation Program

13. Defendants are subjecting plaintiff to cruel and unusual punishment by denying him of one hour of outside recreation each day

14. Plaintiff is being subjected to long periods of isolation segregation time

15. Upon information and belief the S.O.P states "Under no circumstances shall corporal punishment of any kind be administered to any inmate

16. Upon information and belief the S.O.P states "Prohibits any Disciplinary sanction until the inmate has been to a formal hearing and guilt has been proven

17. Plaintiff was subjected to Disciplinary Segregation without a prior hearing and substantial time to raise a defense

18. Plaintiff was denied his right to call witnesses and present documentary evidence

19. Plaintiff is being subjected to long periods of isolation segregation in the unusual "disciplinary Cell" or Strip Cell

20. Plaintiff has been in solitary confinement since Feburary 2013 which is well over twenty months

21. On June 18, 2013 Defendant Roger Frizzell made several comments at plaintiffs cell door stating Plaintiff was a baby rapist, plaintiff like little girls, and he should kill plaintiff. I'm not worth a bullet I should hang from a oak tree

22. Upon returning from the recreation Cages on June 18, 2013 Defendant Roger Frizzell grabed Plaintiff around the neck with both hands choking Plaintiff causing plaintiff to not be able to breath and blank out for a few seconds

23. While Defendant Frizzell chocked plaintiff he repeatedly stated "This is for that little girl you bitch I wish this was the old Hays State Prison"

24. Defendant Frizzell denied Plaintiff medical attention repeatedly

25. Plaintiff was not given medical attention until July 11, 2013 by different officers

26. Plaintiff wrote a witness statement on July 12, 2013 and gave it to COII officer Hughes

27. Plaintiff filed a grievance on June 18, 2013, which was forwarded to internal affairs

28. Plaintiffs prolonged placement in solitary confinement has caused plaintiff mental issues where plaintiff is now receiving mental health services

## Exhaustion of Legal Remedies

29. Plaintiff used the prison grievance process available at Hays State Prison to try and resolve the problem. Plaintiff also contacted office of investigations and compliance inmate affairs and ombadsman. Plaintiffs grievance appeal and copy of response are attached

## Legal Claims

30. Plaintiff reallege and incorporate by reference paragraphs 1-29

31. Defendant Jacobs, Crickmar, Hammock placed plaintiff in the Tier II program without a formal hearing violating plaintiffs right to due process. Each Defendants actions violated plaintiffs right under the fourteenth amendment of the United States Constitution and caused plaintiff suffering and emotional distress

32. Defendant Jacobs, Crickmar, and Hammock subjected plaintiff to solitary confinement which is atypical and significant hardship on plaintiff in relation to the ordinary incidents of prison life which creates a liberty interest in violation of plaintiffs right under the United States constitution and caused plaintiff suffering and emotional distress

33. Defendant Frizzell used excessive force against plaintiff by placing his hands around plaintiffs neck and chocking plaintiff causing plaintiff to not be able to breathe when plaintiff was not violating any prison rules nor acting disruptively in any way. Defendant Frizzell actions violated and const continued to violate plaintiffs right under the eigth amendment of the united states constitution and caused plaintiff pain, suffering, physical injury and emotional distress

34. Defendant Frizzell used excessive force against plaintiff with evil and st sadistic intent try to hurt plaintiff when he chocked plaintiff with his hands causing plaintiff breathing complications. Defendant Frizzell actions violated and continued to violate plaintiffs right under the eigth amendment of the United States Constitution and caused plaintiff pain, suffering, physical injury and emotional distress

35. By refusing plaintiff medical attention for a serious medical illness. Defendant Frizzell actions violated and continued to violate plaintiffs right under the eigth amendment of the united states constitution and caused plaintiff pain, suffering, physical injury and emotional distress

## Prayer For Relief

Wherefore Plaintiff respectfully pray that this court enters judgement

36. Granting plaintiff a declaration that the acts and omissions described herein violate Plaintiff rights under the constitution and laws of the united states, and

37. A perliminary and permanent injunction ordering defendants to release plaintiff from the Tier II program and cease their physical violence toward plaintiff

38. Granting plaintiff compenstory damages in the amount of $6,500 against each named defendant jointly and severally

39. Plaintiff seeks nominal damages in the amount of $100.00 against each named defendant jointly and severally, and

40. Plaintiff seeks punitive damages in the amount of $20,000 against each named defendant jointly and severally, and

41. Plaintiff seeks a trial on all issues triable by jury,

42. Plaintiff also seeks recovery of his cost in this suit, and

43. Attorney fees in the amount of $5,000 against each named defendant jointly and severally and

44. Any additional relief this court deems just, proper and equitable

Dated

Respectfully submitted
Anthony Shannon
Hays State Prison
P.O. Box 668
Trion Ga 30753

I have read the foregoing complaint and hereby verify that the matters alleged therein are true except as to matters alleged on information and belief and as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct

Executed At Trion, Georgia on December 29th, 2014

Anthony Shannon
Plaintiff pro se
Hays State Prison
P.O. Box 668
Trion Ga 30753

10th day is 12/26/14

CONFIDENTIAL
Offender GRIEVANCE FORM (Facsimile)

Attachment 1
SOP IIB05-0001

**INSTITUTIONAL STAFF USE ONLY**

OFFENDER NAME: Anthony Shannon    OFFENDER NUMBER: 1000795420

INSTITUTION: Hays State Prison    GRIEVANCE NUMBER: 164244

DATE COMPLETED FORM RECEIVED FROM OFFENDER: 12/17/13 BY: [signature]

DATE APPEAL RECEIVED: __/__/__ BY: _____

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DATE & DESCRIPTION OF INCIDENT: On 12-14-13 at approximatley at 9:00am ofc Brewer COII and ofc Sharpe COII were conducting clipper shave when they made it to my cell they instructed me to cuff up, upon their request I was asleep and was not properly dressed to exit my cell when I told them to let me get properly dressed they closed my flap and said that I refused when I ask for a supervisor they denied my request and instructed me that I was going to receive a Disciplinary Report if he got involved because they didnt wanna invoive Sgt frizzell because they could handle it but once he arrived we asked could we atleast get clipper shave last he said that he didnt wanna talk

RESOLUTION REQUESTED: Ive been having problems with Sgt frizzell since he was assigned to SMU I havent got any resolution im not comfortable around him due to the fact that ive already been choked by him and now he tried to close my elbow in the flap because he didnt wanna talk im asking that we be seperated

Anthony Shannon    12-14-13
OFFENDER Signature    Date

Is this grievance being filed within 10 day time limit? Please answer Yes or O No. If the answer is No, please explain why.

H1 207

*CONFIDENTIAL*
Offender GRIEVANCE FORM (Facsimile)

40th day - 5/13

Attachment 1
SOP IIB05-0001

**INSTITUTIONAL STAFF USE ONLY**

OFFENDER NAME: Anthony Shannon
OFFENDER NUMBER: 1000795420
INSTITUTION: Hays State Prison
GRIEVANCE NUMBER: 170389
DATE COMPLETED FORM RECEIVED FROM OFFENDER: 4/3/14 BY: Smith
DATE APPEAL RECEIVED: __/__/__ BY: __

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DATE & DESCRIPTION OF INCIDENT: This grievance is on the officials of S.M.U buildings F, G, and H, for depriving me of my right to yard call (out of cell exercise.) It states in S.O.P VEO1-0004 that the ~~supervision~~ supervisor or recreation director is suppose to cordinate with the appropriate security staff to schedule (out of cell exercise) periods for a minimum of one hour per day at least five days a week per week for offenders being housed in administrative segragation, isolation, and protective custody unless security or safety consideration dictate otherwise and the reason for imposition of constraints should be documented. The yard cages are secure and we have cert and tactic working the prison at this time.

RESOLUTION REQUESTED: That yard call be ran in accordance with SOP or show the reason for the imposition of constraint that being documented and I would like to speak with inmate affairs or ombudsman unit

Anthony Shannon                    3-28-14
**OFFENDER Signature**              **Date**

*Is this grievance being filed within 10 day time limit? Please answer Yes or O No. If the answer is No, please explain why.*

H1 202

United States District Court
Northern District of Georgia
Rome Division

Anthony Shannon
    Plaintiff

Summons
Civil Action No:

v

Rick Jacobs; Regional Director, Hays State Prison
Scott Crickmar; Warden; H.S.P
Alisa Hammock; Deputy Warden; H.S.P
Roger Frizzell; CoII; H.S.P
Individually and in their official capacities;
    Defendant

To: The above named Defendants

You are hereby summoned and required to serve upon the plaintiff whose address is P.O. Box 668 Trion Georgia 30753, An answer to the complaint which is wherefore served upon you exclusive of the day of service or 60 days if the U.S Government or officer/agent thereof is a defendant. If you fail to do so Judgement by default will be taken against you for the relief demanded in the complaint.

Dated:

Clerk of the Court