FILED IN CLERK'S OFFICE
U.S.D.C. Rome

MAR 25 2015

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

To: Clerk of Court
From: Anthony Shannon #1000795420
Civil Action No: 4:15-CV-1-HLM-WEJ

I'm writing this letter in response to the letter that I recieved pretaining my motion to amend and motion for appointment of counsel. In the letter it stated that my usm 285 and summons was not recieved in a timely manner, I recieved the usm 285 and summons forms on Feb 17 and returned it through prison mail. If possible can I please have more forms sent so that I can reply and hopefully it will be returned to the courts in time. The fact that my forms were not mailed out is a terrible misfourtune and is a violation of my 1st amendment. I hope and pray that this letter is recieved in a timely manner so that im capable of returning my summons and usm 285.

3-16-15
Respectfully Submitted
Anthony Shannon 1000795420
Po Box 668
Trion Ga 30753
Hays State Prison